In the Matter of the Probate of the Will of HERMAN L. BITTERMAN, Deceased. JACOB L. BITTERMAN et al., Appellants; ROBERT GARLOCK et al., Respondents.

Submitted October 5, 1953; decided October 15, 1953.

*Raphael H. Weissman* for motion.

*Henry Epstein, Robert Garlock,* in person, *Sherwin Kamin,* and *Nathaniel L. Goldstein, Attorney-General* (*Kenneth D. Shearer, Wendell P. Brown* and *P. Hodges Combier* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.